IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FLORENCE GRANT <br><br> Defendant. | PO-16-5169-GF-JTJ <br> 6028106 and 6028107 <br><br> ORDER |

**IT IS HEREBY ORDERED** that the Defendant has paid the fines in full, all late fees and or interest will be waived and the violation is CLOSED.

DATED this 11th day of July, 2018.

_____
John Johnston
United States Magistrate Judge

1